```
              IN THE UNITED STATES DISTRICT COURT
            FOR THE EASTERN DISTRICT OF PENNSYLVANIA


JAMES CLARKE, et al.,          :    CIVIL ACTION
                               :    NO. 08-468
        Plaintiffs,            :
                               :
    v.                         :
                               :
BERNON LANE, et al.,           :
                               :
        Defendants.            :
```

**O R D E R**

**AND NOW**, this **31st** day of **March, 2010**, for the reasons provided in the accompanying Memorandum, it is hereby **ORDERED** as follows:

1. Moving Defendants' first motion to dismiss Plaintiffs' amended complaint (doc. no. 83) is **DENIED in part and GRANTED in part.** It is **granted** with respect to Plaintiffs Anderson, Clarke, Charles, Taylor, Coleman, Chapolini and Cruz and **denied** with respect to Plaintiff Pastrana;

2. CEC Defendants' second motion to dismiss or, in the alternative, for summary judgment (doc. no. 85) is **DENIED in part and GRANTED in part**. The motion to dismiss is **granted** with respect to Plaintiffs Anderson, Clarke, Charles, Taylor, Coleman, Chapolini and Cruz and **denied** with respect to Plaintiff Pastrana. The motion for summary judgment, in the alternative, is **DENIED**

**without prejudice**.

3. Plaintiffs' motion for class certification (doc. no. 72) is **GRANTED**. It is further ordered that Plaintiff is designated as class representative.

**AND IT IS SO ORDERED**.

        s/ Eduardo C. Robreno
**EDUARDO C. ROBRENO, J.**