IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| HECTOR PASTRANA, | : | CIVIL ACTION |
| | : | NO. 08-468 |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| BERNON LANE, et al., | : | |
| | : | |
| Defendants. | : | |

### **O R D E R**

**AND NOW**, this **24th** day of **February, 2012,** following a fairness hearing over the Renewed Joint Motion Seeking Preliminary Approval of a Class Action Settlement (ECF No. 141), it is hereby **ORDERED** that the motion is **GRANTED** and the Amended Settlement Agreement is **APPROVED** pursuant to Federal Rule of Civil Procedure 23(e).

**IT IS FURTHER ORDERED** that the case is **DISMISSED without prejudice**. The Court shall retain jurisdiction to implement the terms of the settlement agreement for one year.[1]

**AND IT IS SO ORDERED.**

                        S/Eduardo C. Robreno
                        **EDUARDO C. ROBRENO, J.**

---

[1] At the conclusion of the one-year period, Defendants may move the Court to dismiss the case with prejudice.